No. 548. NEUBERGER *v.* COMMISSIONER OF INTERNAL REVENUE. January 2, 1940. Petition for writ of certio-

rari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph M. Proskauer* and *Wilbur H. Friedman* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, F. E. Youngman* and *Richard H. Demuth* for respondent.